IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3055 |
| | ) | |
| v. | ) | |
| | ) | |
| ORESTES SANCHEZ LAHERA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the defendant's appeal is plainly frivolous,

IT IS ORDERED that the defendant's Motion for Leave to File Notice of Appeal Out of Time (Filing 40) is denied.

DATED this 30th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge