IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3055 |
| | ) | |
| v. | ) | |
| | ) | |
| ORESTES SANCHEZ LAHERA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the defendant's appeal is plainly frivolous and the defendant's Motion for Leave to File Notice of Appeal Out of Time (Filing 40) has been denied (Filing 43),

IT IS ORDERED that the defendant is not entitled to proceed in forma pauperis on appeal.

DATED this 17th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge